UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ROSEMARY BARCZWESKI**,

    **Plaintiff,**

v.

**COLLINSVILLE AREA
RECREATIONAL DISTRICT**,

    **Defendants.**                            No. 13-cv-1147-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 16, 2014, this case is **DISMISSED** with prejudice.

                              **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                              **BY:**      /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Dated:   October 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.10.17
17:01:47 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT